# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

—————————————————

Case No. 5D23-0434
LT Case No. 16-2022-CT-005296-AXXX

—————————————————

MARIO ANTOINE CASON,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

—————————————————

On appeal from the County Court for Duval County.
Emmet Ferguson, III, Judge.

Charlie Cofer, Public Defender, and Elizabeth Hogan Webb,
Assistant Public Defender, Jacksonville, for Appellant.

Ashley Moody, Attorney General, and Benjamin Hoffman,
Assistant Attorney General, Tallahassee, for Appellee.

March 19, 2024

PER CURIAM.

    AFFIRMED.

WALLIS, HARRIS and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____